RE: Case No. 108-47352 (DEM)

# Fw: Re; Petition *E-mail* Correspondences Consolidation

E-mail addresses have been omitted for privacy purposes.

Thank you.

Friday, August 7, 2009 11:32 PM

## Fw: Re: Auction Petition

"Sandra" "Jen Jennings" "MELISSA FISCHER" <, "Vinchenza" Carmine Deltrecco"

ddesanti, Adelia DelTrecco" "rita correale" <

----- Original Message -----
From: onelia, Jennings, Bill
To: rita
Sent: Thursday, August 06, 2009 1:28 PM
Subject: Fwd: Re; Petition
-----Original Message-----
From: Federico, Elvira < >
To: Sent: Thu, Aug 6, 2009 1:04 pm
Subject: FW: Re; Petition

Myron Sech" < >

To:

-------Original Message-------

From:

"Rita Patriarca" "'Mediator USA'

From: Date: Thursday, August 06, 2009 6:49:59 PM
To: Bod/Sandra Wetrich
Subject: Re: Petition
Coughlan, Kevin P (Kevin Coughlan )" < >

From: "Gillen, Peggy" <

RECEIVED

2009 AUG 10 P 4:14

NEW YORK
… DISTRICT OF
…

Date: August 7, 2009 8:53:05 AM EDT
To: Subject: FW: Re; Petition

Peggy Gillen

Goldman, Sachs & Co.

From: celiec

Sent: Thursday, August 06, 2009 4:58 PM

To: Jennings, Bill - BGC Partners

Cc: Gillen, Peggy; Jen

Subject: FW: Re; Petition

------------- Forwarded Message: -------------

To: "Nancy M."

Subject: Re; Petition

Date: Thu, 06 Aug 2009 16:37:25 +0000

From: Vincenza Russo" <

Here痴 the petition signed by all our family members who are investors. Again, thank you for all your work on this. Thanks in advance for keeping us up to date on all proceedings. Good luck!

Rita Patriarca

From: Marco Crognale [

Sent: Thursday, August 06, 2009 8:43 PM

Cc: Rita Patriarca; Carla; Marco Crognale

Subject: Fw: Re; Petition

Marco Crognale8 Regis Rd.

Andover, MA 01810

Linda Crognale

166 Middlesex Ave

Medford, MA 02155

----- Original Message -----

From: Rita Patriarca

To: 'Marco Crognale' ; Sent: Thursday, August 06, 2009 1:35 PM

Subject: FW: Re; Petition

Annie L" asmodious Jessica Lipsky" <"Nancy motola" < >


--- On Thu, 8/6/09, :

Subject: Re; Petition

To: "Nancy M."

Date: Thursday, August 6, 2009, 9:37 AM

Hello Everyone,

Below is one of the petitions, this one is for objecting to the auction, please read it carefully. If you have **Not received a notice regarding the intention of the trustee to auction the bankruptcy estate. Do not sign this petition.**

**Reason**: *the other petition states that you were not properly notified, therefore requesting notification to review and formally object.*


To add your name to this petition, click forward, then type your name & address in the next available space, then send to the next person(s) that you know of. If you don't know of anyone else to send it to, just send it back to me, if you are the 20th person; e-mail it back to me at mediatorusa@yahoo.com

IMPORTANT: You cannot insert names unless they are living in the same household as you.

If you have any questions, please feel free to call me at (917) 805-7974.

Thank you,

Nancy Motola

*Licensed Real Estate Assoc. Broker*
Verrazano Brokerage

1434 86th Street
Office 718.232-9100
Mobile 917.805-7974

United States Bankruptcy Court

Eastern District of New York

Date: 8/6/09

RE: Case No. 108-47352 (DEM)

We the Undersigned are creditors in the above referenced case.

We have been advised that at a hearing on July 23, 2009 your honor inquired as to whether there was any activity amongst the creditors to seek alternative solutions to selling the bankruptcy estate property in Auction. We believe that such an auction would seriously harm our financial interest and have already had a large informal creditors meeting to discuss such alternatives and to organize a formal creditors committee. We believe that we represent a sufficient portion of the creditors to meet the requirements for recognition by the court.

Sincerely,

| Name | Address |
| --- | --- |
| 1. Jennifer Jennings | 3850 E Harmony Ave Mesa, AZ 85206 |
| 2. Michael Jennings | 3850 E Harmony Ave Mesa, AZ 85206 |
| 3. Sandra Wetrich | 18009 Incline Pl. |
| 4. Bob Wetrich | 18009 Incline Pl. |

| | |
|---|---|
| 5. Lorenzo DeSantis | 53 Poole Street, |
| 6. Maria DeSantis | 53 Poole Street, |
| 7. Vincent DeFeo | 1068 Delmar Ave. |
| 8. Marina DeFeo | 1068 Delmar Ave. |
| 9. Robert C. DeFeo | 1068 Delmar Ave. |
| 10. Adelia DelTrecco | 17 Constitution Rd. |
| 11. Adelia DelTrecco trustee for Nicholas DelTrecco | 17 Constitution Rd. |
| 12. Elvira Federico | 19 Sixth Street |
| 13. Silvio Federico | 19 Sixth Street |
| 14. Onelia Federico | 19 Sixth Street |
| 15. Olivia Correale in trust Rita Federico Correale | 19 Sixth Street |
| 16. Michela Correale in trust Rita Federico Correale | 19 Sixth Street |
| 17. Myron R Sech | 18 Northgate Drive |
| 18. Rita Patriarca | 12 Evans Drive |
| 19. George Patriarca | 12 Evans Drive, |
| 20. Linda Crognale | 166 Middlesex Avenue, |
| 21. Marco Crognale | 8 Regis Road, |
| 22. Carla Crognale Ientile | 89 County Road, |
| 23. Vincenza Russo | 6733 Ridge Blve (4-E) |
| 24. Kevin Coughlan | 2041 Wood Rd. Scotch Plains, NJ 07076 |
| 25. Cecilia Coughlan | 2041 Wood Rd. Scotch Plains, NJ 07076 |
| 26. Kevin Patrick Coughlan Jr. | 2041 Wood Rd. Scotch Plains, NJ |

|   |   |
|---|---|
|   | 07076 |
| 27. Ryan Coughlan | 2041 Wood Rd. Scotch Plains , NJ 07076 |
| 28. Catherine Coughlan | 2041 Wood Rd. Scotch Plains , NJ 07076 |
| 29. Catherine Coughlan | 2041 Wood Road |
| 30. Mary S. Cameron | 60 Sutton Place South 12HN |
| 31. ANNMARIE LEVANGIE | 2044 SERGEANT |
| 32. John Daly | 2044 E Sergeant Street |
| 33. Jessica Lipsky | 35 Garfeild place |
| 34. Amanda Nelson | 35 Garfeild place |
| 35. Margaret Gillen | 9201 Shore Road, |
| 36. Margaret Gillen | 25 Bayridge Place |
| 37. Henry Gillen | 25 Bayridge Place |
| 38. William Jennings | 270 First Ave. Apt 3A |
| 39. Kerry Jennings | 270 First Ave. Apt 3A |
|   |   |
|   |   |