UNITED STATES BANKRUPTCY COURT

_EASTERN_ DISTRICT OF _NEW YORK_

In re _PHILIP G. BARRY_                    Case No. _08-47352_
      Debtor                        Reporting Period: _5/1/09 – 5/31/09_

                                    Social Security # _5947_
                                    (last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | NONE Filed |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury *(*28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _Philip Barry_                    Date _8/7/09_

Signature of Joint Debtor _____                 Date _____

In re __PHILIP G. BARRY__     Case No. __08-47352__
Debtor                        Reporting Period: __5/1/09 – 5/31/09__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | 2,883.44 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | 143.00 | |
| Other Income *(attach schedule)* | 4960.00 | |
| **Total Receipts** | 5,103.00 | |
| | | |
| Mortgage Payment(s) | 4,000.00 | |
| Rental Payment(s) | 900.00 | |
| **Other Secured Note Payments** | | |
| Utilities | 578.72 | |
| Insurance | 1,482.71 | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | 92.59 | |
| **Total Ordinary Disbursements** | 7,054.02 | |
| | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 7,054.02 | |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | (1,951.02) | |
| | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | 932.42 | |

In re __PHILIP G. BARRY__     Case No. __08-47352__
_____Debtor_____                Reporting Period: __5/1/09 - 5/31/09__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

| | | |
|---|---|---|
| RENTS | 4,925.00 | 34,150.00 |
| BANK FEE REFUND | 35.00 | 51.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| BANK FEES | 92.59 | 601.85 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 7,054.02 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 7,054.02 |

In re _PHILIP G. BARRY_                        Case No. _08-47352_
    Debtor                              Reporting Period: _5/1/09 - 5/31/09_

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # _9107_ | # | # | # |
| **BALANCE PER BOOKS** | _932.42_ | | | |
| **BANK BALANCE** | _932.42_ | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | _0_ | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | _0_ | | | |
| OTHER *(ATTACH EXPLANATION)* | _0_ | | | |
| **ADJUSTED BANK BALANCE *** | _932.42_ | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

In re **PHILIP G. BARRY**
   Debtor

Case No. **08-47352**
Reporting Period: **5/1/09 - 5/31/09**

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash Disbursements | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 5/1 | CON EDISON | ELECTRIC | 71.32 | 1059 |
| 5/1 | CON EDISON | ELECTRIC | 71.67 | 1060 |
| 5/1 | VERIZON | PHONE | 310.84 | 1061 |
| 5/5 | SAL PERITORE | RENT | 900.00 | 1062 |
| 5/28 | THOMAS PERKINS | MORTGAGE | 4,000.00 | 1063 |
| 5/20 | R. RIZZO AGENCY | INSURANCE | 1,482.71 | 1064 |
| 5/22 | CON EDISON | ELECTRIC | 17.22 | 1065 |
| 5/26 | NATIONAL GRID | GAS | 28.78 | 1066 |
| 5/22 | CON EDISON | ELECTRIC | 78.89 | 1067 |
| 5/7 | BANK - CHASE | BANK FEE | 31.59 | DEBIT |
| 5/18 | BANK - FEE CHASE | BANK FEE | 10.00 | DEBIT |
| 5/20 | CHASE BANK | BANK FEE | 35.00 | DEBIT |
| 5/29 | CHASE BANK | BANK FEE | 16.00 | DEBIT |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Bank Account Disbursements | | 7054.02 | |

| Total Disbursements for the Month | 7,054.02 |
|-----------------------------------|----------|

In re __PHILIP G. BARRY__   Case No. __08-47352__
   **Debtor**   Reporting Period: __5/1/09 - 5/31/09__

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| BUILDING 8126 5 AVE BROOKLYN | 1,800,000 | 1,800,000 |
| LAND - BRASHER, NEW YORK | 10,000 | 10,000 |
| LAND - MELODY LAKE, NEW YORK | 600,000 | 600,000 |
| Other Property *(attach schedule)* | | |
| TOTAL REAL PROPERTY ASSETS | 2,410,000 | 2,410,000 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | 20.00 | 135.00 |
| Bank Accounts | 932.42 | - 0 - |
| Security Deposits | 1921.00 | 921.00 |
| Household Goods & Furnishings | 1,000.00 | 1,000.00 |
| Books, Pictures, Art | 2,000.00 | 2,000.00 |
| Wearing Apparel | 200.00 | 200.00 |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | 35,600,240 | 35,600,240 |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 6,100.00 | 7,000. |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | 1,000.00 | 1,000.00 |
| Machinery, supplies, equipment used for business | 2,113.00 | 2,000.00 |
| Inventory | 390,000.00 | 390,000.00 |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| TOTAL PERSONAL PROPERTY | 36,005,526 | 36,004,496 |
| TOTAL ASSETS | 38,415,526 | 38,414,496 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities (list creditors) | | |
| THOMAS PERKINS (MORTGAGE) | 54,316 | 10,114 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | 54,316 | 10,114 |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | 1,532,768 | 1,510,000 |
| Priority Debt | | |
| Unsecured Debt | 664,482 | 664,482 |
| TOTAL PRE-PETITION LIABILITIES | 2,197,250 | 2,174,482 |
| TOTAL LIABILITIES | 2,251,566 | 2,184,596 |

In re __PHILIP G. BARRY__
Debtor

Case No. __08-47352__
Reporting Period: __5/1/09 - 5/31/09__

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 91 | |
| Mortgage | | 9833 | 9833 | 9833 | 24,261 | |
| Rent | | 628 | 628 | 628 | 967 | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | 10,461 | 10,461 | 10,461 | 25,228 | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

INCREASE RENTAL INCOME
INCREASE SALES FROM INVENTORY
ASSET SALES

In re _PHILIP G. BARRY_          Case No. _08-47352_
Debtor                           Reporting Period: _5/1/09 - 5/31/09_

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| _NONE_ | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| _LIABILITY + FIRE INSURANCE_ | _TOWER INS._ | _6/09 - 7/10_ | _488.41 MONTHLY_ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re _PHILIP G. BARRY_                        Case No. _08-47352_
  Debtor                                 Reporting Period: _5/1/09 - 5/31/09_

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | ✓ | |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | ✓ | |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

\# 7  Real Estate Taxes Due 1/31/09
\# 10  Mortgage + Rent Payments



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|-------:|
| 05/18 | Deposited Item Returned Items00001 | 882429 | # of | $4,000.00 |
| 05/18 | Deposit Item Returned Fee: 01 Items00001 | 882429 | # of | 10.00 |
| 05/20 | Returned Item Fee | | | 35.00 |
| 05/29 | Service Fee | | | 16.00 |
| | **Total Other Withdrawals, Fees & Charges** | | | **$4,061.00** |

A Return Item fee was charged on 05/20 due to insufficient funds in your account.

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $7,500.00 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|
| 05/01 | $2,429.61 | 05/20 | 4,113.31 |
| 05/05 | 1,529.61 | 05/22 | 4,017.20 |
| 05/07 | 1,498.02 | 05/26 | 4,023.42 |
| 05/11 | 1,641.02 | 05/28 | 23.42 |
| 05/13 | 5,641.02 | 05/29 | 932.42 |
| 05/18 | 5,631.02 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|----------------------:|
| Checks Paid / Debits | 13 |
| Deposits / Credits | 4 |
| Deposited Items | 7 |
| **Transaction Total** | **24** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|-------:|
| Service Fee | $16.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$16.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$16.00** |



**CHASE** ⬡



## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,883.44** |
| Deposits and Additions | 5 | 9,103.00 |
| Checks Paid | 9 | - 6,961.43 |
| Electronic Withdrawals | 4 | - 31.59 |
| Other Withdrawals, Fees & Charges | 4 | - 4,061.00 |
| **Ending Balance** | **22** | **$932.42** |

*(4,000.⁰⁰ NSF CK DeP.+ RET)*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/11 | Deposit | $143.00 |
| 05/13 | Deposit | [4,000.00] *NSFCK.* |
| 05/18 | Deposit | 4,000.00 |
| 05/26 | Insufficient Funds Fee Refund | 35.00 |
| 05/29 | Deposit | 925.00 |
| **Total Deposits and Additions** | | **$9,103.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1059 | 05/01 | $71.32 ✓ |
| 1060 | 05/01 | 71.67 ✓ |
| 1061 | 05/01 | 310.84 ✓ |
| 1062 | 05/05 | 900.00 ✓ |
| 1063 | 05/28 | 4,000.00 ✓ |
| 1064 | 05/20 | 1,482.71 ✓ |
| 1065 | 05/22 | 17.22 ✓ |
| 1066 | 05/26 | 28.78 ✓ |
| 1067 | 05/22 | 78.89 ✓ |
| **Total Checks Paid** | | **$6,961.43** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/07 | Merchant Bnkcd  Fee     451218081995    CCD ID: 1113356099 | $17.74 |
| 05/07 | Merchant Bnkcd  Fee     451218081995    CCD ID: 1113356099 | 10.83 |
| 05/07 | Merchant Bnkcd  Discount  451218081995    CCD ID: 1113356099 | 2.26 |
| 05/07 | Merchant Bnkcd  Fee     451218081995    CCD ID: 1113356099 | 0.76 |
| **Total Electronic Withdrawals** | | **$31.59** |



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**      Step 1 Balance: $_____

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

         Step 2 Total: $_____

3. **Add Step 2 Total to Step 1 Balance.**          Step 3 Total: $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

         Step 4 Total: -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



**CHASE**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

May 01, 2009 through May 29, 2009
Account Number: **000000748429107**



00003749 DDA 802 142 15009 - NNNNN T 1 000000000 69 0000

PHILIP G BARRY
DEBTOR IN POSSESSION
477 82ND ST
BROOKLYN NY 11209-4110

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

WE WILL WAIVE THE MONTHLY SERVICE FEE ON YOUR
CHASE BUSINESSCLASSIC(SM) CHECKING OR CHASE BUSINESSCLASSIC(SM)
CHECKING WITH INTEREST ACCOUNT FOR ANY STATEMENT PERIOD YOU MAKE
FIVE OR MORE BUSINESS DEBIT CARD PURCHASES. ATM WITHDRAWALS AND
CASH ADVANCES DO NOT QUALIFY.

IF YOU WANT TO LEARN MORE ABOUT THIS EXCITING NEW OPTION OR GET A
CHASE BUSINESS DEBIT CARD, PLEASE VISIT YOUR NEAREST BRANCH OR
CALL US AT 1-800-CHASE38 (1-800-242-7338).

### IMPORTANT INFORMATION
### REGARDING FUNDS AVAILABILITY

We are making changes to the Funds Availability Policy. All other terms and conditions still apply. In addition
to the routing number prefixes currently considered local, the following prefixes will be added to the Local
Availability chart:

Local numbers for deposits made in Oklahoma will also include:
Effective immediately: 1010, 1011, 1012, 1019, 3010, 3011, 3012, 3019

Local numbers for deposits made in New Jersey and New York will also include:
Effective immediately: 0420, 0421, 0422, 0423, 0442, 0515, 0519, 0740, 0749, 0813, 0830, 0839, 0863,
2420, 2421, 2422, 2423, 2442, 2515, 2519, 2740, 2749, 2813, 2830, 2839, 2863

Local numbers for deposits made in Connecticut, New Jersey and New York will also include:
Effective April 17, 2009: 0510, 0514, 0520, 0521, 0522, 0540, 0550, 0560, 0570, 2510, 2514, 2520, 2521,
2522, 2540, 2550, 2560, 2570

Effective July 1, 2009, the following routing number prefixes will be removed from the Local Availability
chart:

Local numbers for Florida will no longer include: 1110, 1111, 3110, 3111

Local numbers for Texas will no longer include: 1230, 1231, 1232, 1233, 1250, 1251, 1252, 3230, 3231,
3232, 3233, 3250, 3251, 3252



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|---|---|--------|
| 05/18 | Deposited Item Returned Items00001 | 882429 | # of | $4,000.00 |
| 05/18 | Deposit Item Returned Fee: 01 Items00001 | 882429 | # of | 10.00 |
| 05/20 | Returned Item Fee | | | 35.00 |
| 05/29 | Service Fee | | | 16.00 |
| **Total Other Withdrawals, Fees & Charges** | | | | **$4,061.00** |

A Return Item fee was charged on 05/20 due to insufficient funds in your account.

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $7,500.00 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 05/01 | $2,429.61 | 05/20 | 4,113.31 |
| 05/05 | 1,529.61 | 05/22 | 4,017.20 |
| 05/07 | 1,498.02 | 05/26 | 4,023.42 |
| 05/11 | 1,641.02 | 05/28 | 23.42 |
| 05/13 | 5,641.02 | 05/29 | 932.42 |
| 05/18 | 5,631.02 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 13 |
| Deposits / Credits | 4 |
| Deposited Items | 7 |
| **Transaction Total** | **24** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $16.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$16.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$16.00** |



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1.** Write in the Ending Balance shown on this statement:        **Step 1 Balance: $**_____

**2.** List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                        **Step 2 Total: $**_____

**3.** Add Step 2 Total to Step 1 Balance.                **Step 3 Total: $**_____

**4.** List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                        **Step 4 Total: -$**_____

**5.** Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**