UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re: :
 :  Case No. 08-47352 (DEM)
PHILLIP G. BARRY, :
 :  (Chapter 11)
                         Debtor. :
-------------------------------------------------------- x

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

**NOTICE IS HEREBY GIVEN** that the United States Trustee for Region 2 has appointed the following creditors to the committee of unsecured creditors in the above-entitled cases under 11 U.S.C. §§ 1102(a) and (b):

| | | |
|---|---|---|
| Nancy Innamorato Motola<br>345 88th Street<br>Brooklyn, NY 11209 | Alex S. Marchak, Jr.<br>10 Barrister Drive<br>Holmdel, NJ 07733 | Lois Krebs<br>302 96th Street, Apt. 4M<br>Brooklyn, NY 11209 |
| Estate of William Delia<br>c/o Annemarie Delia<br>622 79th Street<br>Brooklyn, NY 11209 | Joy M. Gannon<br>447 59th Street<br>Brooklyn, NY 11220 | Lawrence P. Cianciulli<br>158 Bay 35th Street<br>Brooklyn, NY 11214 |
| Melissa Klein<br>239 E. 79th Street, # 7G<br>New York, NY 10075 | | |

Dated: Brooklyn, New York
       September 3, 2009

                                            DIANA G. ADAMS
                                            UNITED STATES TRUSTEE

                                By:   */s/ Alicia M. Leonhard*
                                        Alicia M. Leonhard (AL-9928)
                                        Assistant United States Trustee
                                        271 Cadman Plaza East, Suite 4529
                                        Brooklyn, New York 11201
                                        Tel. No. (718) 422-4960
                                        Fax No. (718) 422-4990
                                        Alicia.M.Leonhard@usdoj.gov