| | |
|---|---|
| WINDELS MARX LANE & MITTENDORF, LLP | Sale Date: October 15, 2009 @ 1:00 p.m. |
| *Attorneys for Alan Nisselson, Chapter 11 Trustee* | Sale Confirmation Hearing Date: |
| 156 West 56th Street | October 20, 2009 @ 10:00 a.m. |
| New York, New York 10019 | |
| (212) 237-1000 | |
| Attorneys appearing:  Alan Nisselson (anisselson@windelsmarx.com) | |

DAVID R. MALTZ & CO., INC., AUCTIONEERS
156 Terminal Drive
Plainview, NY 11803
516-349-7022

www.maltzauctions.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re

PHILIP G. BARRY a/k/a BARRY
PUBLICATIONS,

     Debtor.
---------------------------------------------------------------x

Chapter 11

Case No. 108-47352 (DEM)

### NOTICE UNDER BANKRUPTCY CODE § 363 (B), FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(A) AND LOCAL RULE 6004-1 OF AUCTION SALE OF DEBTOR'S REAL PROPERTIES CONSISTING OF MULTIPLE PARCELS OF LAND

**PLEASE TAKE NOTICE** that October 31, 2008 (the "Petition Date"), Philip G. Barry, *a/k/a Barry Publications* (the "Debtor"), *pro se*, filed a voluntary petition in the United States Bankruptcy Court for the Eastern District of New York (the "Court") for relief under chapter 11 of the Bankruptcy Code. Upon Motion of the United States Trustee (the "UST") and by Notice and Order dated January 28, 2009, Alan Nisselson (the "Trustee") was appointed chapter 11 trustee for the Debtor's estate pursuant to Bankruptcy Code § 1104.

**PLEASE TAKE FURTHER NOTICE** that on August 12, 2009, the Court entered an Order (the "Sale Order") authorizing the Trustee, through his retained auctioneers, David R. Maltz & Co., Inc. ("Maltz", or, the "Auctioneers") to sell real properties owned by the Debtor and his Affiliates comprised of parcels of land primarily located in Sullivan County, New York and listed below (the "Real Properties"), at an auction sale (the "Auction Sale") to be held on October 15, 2009 at 1:00 p.m. (the "Sale Date") at The Lodge at Rock Hill, 283 Rock Hill Drive, Rock Hill, New York 12775 (the "Sale Location").

 **PLEASE TAKE FURTHER NOTICE** that deposit requirements, inspection information and the complete Terms and Conditions of Sale, under which terms the Auction Sale will be conducted and to which bidders must adhere to, may be obtained by visiting the Auctioneers website located at: www.maltzauctions.com, or by contacting the Auctioneers at the number listed in this **NOTICE**.

{10524901:1}

**PLEASE TAKE FURTHER NOTICE** that the Real Properties included in the Auction Sale are described below by Address and Block and Lot as follows:

| Property Description | Block and Lot |
|---|---|
| Melody Lake Drive, Monticello, NY 12701 | 62-1-4/Thompson |
| Willow Lane, NY | 62-1-5.1/Thompson |
| Terrace Drive, NY | 62-2-1.1/Thompson |
| Sycamore Lane, Monticello, NY 12701 | 62-5-1/Thompson |
| Pine Lane, NY | 62-8-6.4/Thompson |
| Melody Lake Drive, Monticello, NY | 62-4-3.1/Thompson |
| Terrace Drive, NY | 62-3-2.1/Thompson |
| Off Small Road, NY | 17.004-3-8/St. Lawrence |
| School House Road, Monticello, NY 12701 | 59-1-26.4/Thompson |
| Forestburgh Road, NY | 59-1-55.3/Thompson |
| Forestburgh Road, NY | 59-1-55.6/Thompson |
| Spruce Lane, Monticello, NY 12701 | 62-4-3.3/Thompson |
| Sycamore Lane, Monticello, NY 12701 | 62-5-3/Thompson |
| Lake Joseph, Forestburgh, NY 12777 | 6-2-36.56/Forrestburgh |
| Willow Lane, NY | 62-1-10.1/Thompson |
| Willow Lane, NY | 62-1-8/Thompson |
| Hemlock Drive, Monticello, NY 12701 | 62-1-13/Thompson |
| Rte 42, Monticello, NY 12701 | 60-1-9.2/Thompson |
| Forestburgh Road, NY | 59-1-55.5/Thompson |
| Rte 42, Monticello, NY 12701 | 59-1-54.1/Thompson |
| Rte 42, Monticello, NY 12701 | 60-1-9.3/Thompson |
| Melody Lake Drive, Monticello, NY 12701 | 62-4-3.2/Thompson |
| Forestburgh Road, NY | 59-1-55.2/Thompson |
| Town Road 35, NY | 4-1-22/Cochectin |
| Rte 42, Monticello, NY 12701 | 59-1-32/Thompson |
| 138 Hiram Jones Rd, Monticello, NY 12701 | 61-1-40/Thompson |
| Cold Spring Rd, Monticello, NY 12701 | 60-1-20.1/Thompson |
| Cold Spring Rd, Monticello, NY 12701 | 49-1-14.1/Thompson |
| Cold Spring Rd, Monticello, NY 12701 | 49-1-7.2/Thompson |
| Cold Spring Rd, Monticello, NY 12701 | 60-1-23/Thompson |
| Cold Spring Rd, Monticello, NY 12701 | 61-1-19.2/Thompson |
| Cold Spring Rd, Monticello, NY 12701 | 61-1-19.3/Thompson |
| County Road 101, Forestburgh, NY 12777 | 3-1-2.7/Forrestburgh |
| Rose Valley Road, Monticello, NY 12701 | 61-1-25/Thompson |
| Price Road, Monticello, NY 12701 | 61-1-37/Thompson |
| County Road 101, Forestburgh, NY 12777 | 3-1-2.6/Thompson |
| Kukas Road, NY | 61-1-10.6/Thompson |
| Robert Lane, Monticello, NY 12701 | 61-1-34.1/Thompson |
| CR 101, NY | 3-1-2.9/Forrestburgh |
| Cold Spring Rd, Monticello, NY 12701 | 61-1-11/Thompson |
| Lake Joseph, Forestburgh, NY | 6-2-36.1/Forrestburgh |

| Lake Joseph, Forestburgh, NY | 6-2-36.34/Forrestburgh |
| Lake Joseph, Forestburgh, NY | 6-2-36.37/Forrestburgh |
| Lake Joseph, Forestburgh, NY | 6-2-36.39/Forrestburgh |
| St. Joseph Lake Road, Forestburgh, NY | 6-2-36.55/Forrestburgh |
| St. Joseph Lake Road, Forestburgh, NY | 6-2-36.58/Forrestburgh |
| Route 42, Monticello, NY | 59-1-57.1/Thompson |
| Route 42, Monticello, NY | 60-1-24/Thompson |
| Route 42, Monticello, NY | 60-1-26/Thompson |
| Route 42, Monticello, NY | 60-1-27/Thompson |
| Lake Joseph Road, Forestburgh, NY | 6-2-36.41/Sullivan |

**PLEASE TAKE FURTHER NOTICE** a hearing (the "Sale Confirmation Hearing") to confirm the Auction Sale shall be held on October 20, 2009 at 10:00 a.m. before The Honorable Dennis E. Milton, United States Bankruptcy Judge, in his Courtroom at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201. The Sale Confirmation Hearing may be adjourned from time to time with no further notice except for an announcement at the Hearing.

| | |
|---|---|
| DAVID R. MALTZ & CO., INC.,<br>*Auctioneers for Alan Nisselson,*<br>*Chapter 11 Trustee*<br><br>By: /s/ David R. Maltz<br>   David R. Maltz, President<br>   156 Terminal Drive<br>   Plainview, NY 11803<br>   516-349-7022<br><br>   www.maltzauctions.com | WINDELS MARX LANE & MITTENDORF, LLP<br>*Attorneys for Alan Nisselson, Chapter 11 Trustee*<br><br>By:   /s/ Alan Nisselson<br>   Alan Nisselson (anisselson@windelsmarx.com)<br>   156 West 56th Street<br>   New York, New York 10019<br>   (212) 237-1000 |